**JANE PAULSON,** OSB No. 911804
jane@paulsoncoletti.com
PAULSON COLETTI
1022 NW Marshall, Suite 450
Portland, Oregon 97209
Telephone: 503.226.6361

**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503.226.6400
Facsimile: 503.226.0383

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OLIVIA TYLER-BENNETT,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:16-cv-02300<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO:    Defendants and their attorneys

    Please be advised that plaintiff has associated counsel as follows:

Ms. Judy Danelle Snyder
Law Offices of Judy Snyder
1000 SW Broadway Ste 2400
Portland OR  97205
Ph: 503-228-5027
Fx: 503-241-2249
judy@jdsnyder.com

    DATED: February 4, 2019.

PAGE 1 - NOTICE OF ASSOCIATION OF COUNSEL

PAULSON COLETTI
TRIAL ATTORNEYS PC


      /s/Jane Paulson
Jane Paulson, OSB #911804
jane@paulsoncoletti.com
Attorney for Plaintiff