**Jane Paulson,** OSB No. 911804
E-mail:  jane@paulsoncoletti.com
**PAULSON COLETTI**
1022 NW Marshall, Suite 450
Portland, OR 97209
Telephone: (503) 226-6361
Facsimile: (503) 226-6276

<u>Of Attorneys for Plaintiff</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OLIVIA TYLER-BENNETT,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 3:16-cv-02300-SI<br><br>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL |

In accordance with LR 83-11, I hereby move to withdraw as counsel for plaintiff in the above-entitled matter. Plaintiff remains represented by Judy Snyder.  This motion is not opposed.

Respectfully submitted this 6th day of May, 2019.

                                        PAULSON COLETTI
                                        TRIAL ATTORNEYS, PC

                    By:   /s/ Jane Paulson
                          Jane Paulson, OSB No. 911804
                          jane@paulsoncoletti.com

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2019, I served the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** on the following parties at the following addresses:

| | |
|---|---|
| Susan Luse<br>United States Attorney's Office District of Oregon<br>1000 SW 3rd Ave., Suite 600<br>Portland, OR  97204 | Judy Danelle Snyder<br>Law Offices of Judy Snyder<br>1000 SW Broadway, Suite 2400<br>Portland, OR  97205 |

by electronic means through the Court's Case Management/Electronic Case File system.

I further certify that on the 6th day of May, 2019, I served the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** on the following party at the following address:

Olivia Tyler-Bennett
5605 S Pacific Hwy
Phoenix, OR 97535

by mailing to her a true and correct copy thereof, placed in a sealed envelope addressed to her at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

>PAULSON COLETTI
>TRIAL ATTORNEYS, PC
>
>  /s/ Jane Paulson
>Jane Paulson, OSB No. 911804
>jane@paulsoncoletti.com

Page 1 –   CERTIFICATE OF SERVICE